JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK A. GERMAN, | NO. CV 21-2774-SB(E) |
| Petitioner, | |
| v. | JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 5, 2021.

/s/ SBCB

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE